NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AKAMAI TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

AND

**THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiff-Appellant,*

**v.**

**LIMELIGHT NETWORKS, INC.,**
*Defendant-Cross Appellant.*

---

2009-1372, -1380, -1416, -1417

---

Appeals from the United States District Court for the District of Massachusetts in case nos. 06-CV-11109 and 06-CV-11585, Judge Rya W. Zobel.

- - - - - - - - - - - - - - - - - - - -

---

**MCKESSON TECHNOLOGIES INC. (FORMERLY MCKESSON INFORMATION SOLUTIONS, LLC),**
*Plaintiff-Appellant*

**v.**

**EPIC SYSTEMS CORPORATION**
*Defendant-Appellee.*

———————————

2010-1291

———————————

Appeal from the United States District Court for the Northern District of Georgia in case no. 06-Cv-2965, Chief Judge Jack T. Camp.

———————————

**ON MOTION**

———————————

**O R D E R**

Appellant Akamai Technologies, Inc. in Appeal No. 2009-1372, and Appellant McKesson Technolgies Inc. in Appeal No. 2010-1291 separately move for a 14-day extension of time to file a reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The briefs are due September 6, 2011.

FOR THE COURT


August 12, 2011                        /s/ Jan Horbaly
       Date                            Jan Horbaly
                                       Clerk


cc:  Donald R. Dunner, Esq.
     Robert S. Frank, Jr., Esq.
     Aaron M. Panner, Esq.
     Daryl L. Joseffer, Esq.
     William H. Boice, Esq.